**SEALED**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

2017 APR 19 PM 4: 48

OFFICE OF THE CLERK

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 8:17CR 117 |
| vs. | INDICTMENT |
| CHRISTINA NAVARRO, | 18 U.S.C. § 922(d)(1) and 924(a)(2) |
| Defendant. | |

The Grand Jury charges that

## COUNT I

Beginning on or about April 14, 2016 and continuing until on or about January 4, 2017, in the District of Nebraska, CHRISTINA NAVARRO, Defendant herein, did knowingly sell or otherwise dispose of a firearm, that is a Mossberg 12 gauge shotgun, to a person, knowing and having reasonable cause to believe that such person had been convicted in any court of a crime punishable by imprisonment for a term exceeding one year.

In violation of Title 18, United States Code, Sections 922(d)(1) and 924(a)(2).

A TRUE BILL.

FOREPERSON

The United States of America requests that trial of this case be held in Omaha, Nebraska, pursuant to the rules of this Court.

MATT E. LIERMAN
Assistant United States Attorney

1