IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>CHRISTINA NAVARRO,<br><br>        Defendant. | **8:17CR117**<br><br>**ORDER** |

This matter is before the court on the motion of A. Michael Bianchi to withdraw as counsel for the defendant, Christina Navarro (Filing No. 24). Mr. Bianchi represents he has been effectively discharged by the defendant and that his withdrawal is necessary under Neb. R. of Prof. Cond. §3-501.16(b)(5) and (6). Mr. Bianchi's motion to withdraw (Filing No. 24) is granted.

The court has determined the defendant is eligible for appointment of counsel pursuant to the Criminal Justice Act, 18 U.S.C. §3006A, and the Amended Criminal Justice Act Plan for the District of Nebraska. The Federal Public Defender for the District of Nebraska is appointed as counsel for the defendant for the balance of these proceedings and shall forthwith file an appearance in this matter.

Mr. Bianchi shall forthwith provide the Federal Public Defender with the discovery materials provided the defendant by the government and such other materials obtained by Mr. Bianchi which are material to the defendant's defense.

**IT IS SO ORDERED**.

**IT IS FURTHER ORDERED** that the Clerk shall provide a copy of this order to the Federal Public Defender for the District of Nebraska.

Dated this 21st day of July, 2017.

BY THE COURT:

s/ Susan M. Bazis
United States Magistrate Judge