IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | CASE NO. 8:17CR117 |
|---|---|---|
| Plaintiff, | ) | |
| | ) | **MOTION TO WITHDRAW** |
| v. | ) | |
| CHRISTINA NAVARRO, | ) | |
| Defendant. | ) | |

COMES NOW Julie B. Hansen, attorney for the Defendant herein, and moves the Court for leave to withdraw as attorney of record. In support of this motion, counsel would show the Court that after reviewing the discovery counsel has discovered that the Federal Public Defender's Office has a direct conflict in representing Ms. Navarro.

WHEREFORE, defense counsel prays the Court for leave to withdraw and requests that the Court appoint substitute counsel to represent Ms. Navarro.

CHRISTINA NAVARRO, Defendant,

By:   s/ Julie B. Hansen
**JULIE B. HANSEN**
**Assistant Federal Public Defender**
222 South 15th Street, Suite 300N
Omaha, NE 68102
(402) 221-7896
fax: (402) 221-7884
e-mail: julie_hansen@fd.org

**Certificate of Service**

I hereby certify that on November 2, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to counsel of record.

  s/ Julie B. Hansen