PS 8
(Rev. 12/04)

# UNITED STATES DISTRICT COURT
## for the
### DISTRICT OF NEBRASKA

**SEALED**

U.S.A. vs. Christina Navarro    Docket No. 8:17CR00117

SECOND AMENDED Petition for Action on Conditions of Pretrial Release

    COMES NOW Julie L. Gust, PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant Christina Navarro, who was placed under pretrial release supervision by the Honorable Susan M. Bazis sitting in the Court at Omaha, on April 27, 2017, under the following conditions:

The defendant shall:

- (a) Truthfully report to the United States Pretrial Services Agency as directed [telephone no. (402)661-7555] and comply with their directions.

- (n) Not possess or use a narcotic drug or other controlled substances defined in 21 U.S.C. § 802 unless prescribed by a licensed medical practitioner.

- (o) Submit to any method of testing at his/her own expense as required by the officer for determining whether the defendant is using a prohibited substance.  Such methods may be used for determining whether the defendant is using a prohibited substance. Such methods may be used with random frequency and may include urine testing, the wearing of a sweat patch, blood tests, and/or a remote alcohol testing system. Defendant shall not obstruct or attempt to obstruct or tamper in any fashion with the efficiency and accuracy of any substance testing equipment, nor submit samples of body fluids which are not his/her own, nor otherwise adulterate any samples submitted for testing.  All collections of fluids for testing shall be at the defendant's expense, payable at the time of collection.

- (q) Obtain a substance abuse treatment evaluation within 30 days; and/or (x) participate in a program of inpatient or outpatient substance abuse therapy and counseling if deemed advisable by the supervising officer; (x) pay all or a portion of the treatment in an amount and on a schedule to be arranged by the   supervising officer.  Copies of the evaluator's reports and recommendations shall be given to all counsel and the court.

    Respectfully presenting petition for action of Court and for cause as follows:

The defendant failed to report to Pretrial Services on May 30, 2017,   July 11, 2017 and , November 7, 2017. On May 5, 2017, the defendant tested presumptive positive for

amphetamines, benzodiazepines, and marijuana. On June 27, 2017, July 20, 2017, and July 26, 2017, the defendant tested positive for amphetamines. On August 22, 2017, the defendant tested positive for methamphetamine. The defendant submitted diluted urine samples on August 22, 2017 and September 12, 2017. The defendant failed to report for drug testing on June 8, 2017, August 9, 2017, and September 6, 2017. The defendant failed to obtain a substance abuse evaluation within 30 days of her release. The defendant failed to attend intensive outpatient treatment on September 19, 2017, September 21, 2017, October 4, 2017, and October 16, 2017.

PRAYING THAT THE COURT WILL ISSUE A WARRANT FOR THE DEFENDANT'S ARREST SO THAT SHE MAY BE BROUGHT BEFORE THE COURT TO ANSWER TO THE ABOVE NOTED ALLEGATIONS.

ORDER OF COURT

Considered and ordered this __7__ day of __November__, 20_17_ and ordered filed and made a part of the records in the above case.

_Susan M Bazis_
U.S. Magistrate Judge

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: November 7, 2017

_Julie Just_
U.S. Probation and Pretrial Services Officer

Reviewed and Approved by:

_Troy D. Greve_
Troy Greve, Supervising
U.S. Probation and Pretrial Services Officer