# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | 8:17CR117 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| CHRISTINA NAVARRO, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the motion of Assistant Federal Public Defender Julie B. Hansen and the Office of the Federal Public Defender to withdraw as counsel for the defendant, Christina Navarro (Filing No. 43). Ms. Hansen represents that the Office of the Federal Public Defender has a conflict of interest in this matter. Ms. Hansen's and the Office of the Federal Public Defender's motion to withdraw (Filing No. 43) is granted.

Eric W. Kruger, 7520 Fairway Drive, Omaha, Nebraska 68152, (402) 651-5505, is appointed to represent the defendant for the balance of these proceedings pursuant to the Criminal Justice Act. Ms. Hansen shall forthwith provide Mr. Kruger with the discovery materials provided the defendant by the government and such other materials obtained by Ms. Hansen which are material to the defendant's defense.

The clerk shall provide a copy of this order to Mr. Kruger, and he shall file his appearance forthwith.

**IT IS SO ORDERED.**

DATED this 8th day of November, 2017.

BY THE COURT:

s/ Susan M. Bazis
United States Magistrate Judge