IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 8:17cr117 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | MOTION TO CONTINUE |
| | ) | |
| CHRISTINA NAVARRO, | ) | |
| | ) | |
| Defendant. | ) | |

CHRISTINA NAVARRO requests a short continuance of the January 3, 2018 hearing in order to afford her additional time to complete some arrangements that should result in a resolution and agreement with the Plaintiff regarding the issues set for hearing.

This motion is unopposed.

/s/ Eric W. Kruger
_____
Eric W. Kruger #15430
Attorney at Law
7520 Fairway Drive
Omaha, NE 68152
(402) 651-5505
eric@498-8600.com

CERTIFICATE OF SERVICE

I hereby certify that the foregoing pleading will be served upon Assistant United States Attorney Matt E. Lierman, by electronic filing this 2nd day of January 2018.

/s/ Eric W. Kruger
_____
Eric W. Kruger